UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA SZYMASZEK,

    Plaintiff,

v.

SUBARU OF AMERICA, INC., *et al.*,

    Defendants.

Case No. C05-1968RSL

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On October 13, 2006, plaintiff filed a motion for partial summary judgment that, taken as a whole, exceeds 50 pages in length. (Dkt. #27). As of this date, a courtesy copy of these documents has not been provided for chambers.

    Plaintiff is hereby ORDERED to show cause why she should not be sanctioned for failure to comply with this Court's Minute Order Setting Trial & Related Dates and the Court's May 26, 2006 Notice, both of which required courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

Plaintiff shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 23rd day of October, 2006.

      *MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2