UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARLENA SZYMASZEK,

    Plaintiff,

    v.

SUBARU OF AMERICA, INC., *et al.*,

    Defendants.

Case No. C05-1968RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On October 13, 2006, plaintiff filed a motion for partial summary judgment that, taken as a whole, exceeded 50 pages in length. (Dkt. #27). On October 23, 2006, the Court issued an order to show cause why she should not be sanctioned for failure to comply with the Court's prior instructions. The order to show cause (Dkt. #29) is now vacated in light of the receipt of the courtesy copy and plaintiff's response to the order.

    DATED this 25th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE